AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jason Curl<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | **Case: 1:23-mj-00173**<br>**Assigned to: Judge Meriweather, Robin M.**<br>**Assign Date: 7/19/2023**<br>**Description: COMPLAINT W/ ARREST WARRANT** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                Jason Curl                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful
Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building,;
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings.

Date:     07/19/2023

2023.07.19
18:39:06 -04'00'
*Issuing officer's signature*

City and state:     Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 07/19/2023 , and the person was arrested on *(date)* 07/20/2023<br>at *(city and state)* Des Moines, IA .<br><br>Date:  07/20/2023                    Chalena Montavon<br>                    *Arresting officer's signature*<br><br>                    Chalena Montavon  task Force officer<br>                    *Printed name and title* |