NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                                    Criminal Number   1:23-mj-00173-RMM

JASON CURL

    (Defendant)

TO:     ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ☐ RETAINED            ■ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Joseph D. Herrold
*(Attorney & Bar ID Number)*

Federal Public Defender's Office
*(Firm Name)*

400 Locust St., Suite 340
*(Street Address)*

Des Moines, IA  50309
*(City)          (State)          (Zip)*

(515) 309-9610
*(Telephone Number)*